UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NORTHEAST DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 2:05-00009 |
| | ) | |
| | ) | |
| MICHAEL GILPATRICK | ) | |

AGREED ORDER

This matter came before the Court on August 30, 2013, on a motion to modify the conditions of supervised release (D.E. 236). Pursuant to the agreement of the parties, as evidenced by the signatures below, the Court hereby ORDERS that the terms of the defendant's supervised release are modified to substitute a period of home detention for the previously imposed requirement that the defendant reside at a community corrections facility (D.E. 211). The Court orders that beginning on September 9, 2013, the defendant will be placed on home detention for a period of 18 months. While on home detention, the defendant is required to remain in his residence at all times except for approved absences for gainful employment, community service, religious services, medical care or treatment needs, and such other times as may be specifically authorized by the United States Probation Office. Electronic monitoring shall be used to monitor compliance. The defendant shall pay the cost of electronic monitoring

at the prevailing rate according to ability as determined by the United States Probation Office.

All other previously imposed conditions of supervised release remain in effect.

Enter this the 3rd day of September, 2013.

WILLIAM J. HAYNES, JR
CHIEF U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ G. Kerry Haymaker

G. Kerry Haymaker
Attorney for Defendant

s/ Philip H. Wehby

Philip H. Wehby
Assistant United States Attorney